IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DESIREE KNIGHT,                                    *

          Plaintiff,                          *

v.                                                   Case No.   5:25-cv-00366-MTT

                                    *

MACON HOUSING AUTHORITY,

          Defendant.                          *

_____   *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 6, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 7th day of May, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk